IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA, FORT MYERS DIVISION

In Re:
ANGEL MADERA JR.
MILAIDYS MADERA                                  Case No. 9:13-bk-10986-FMD

      Debtors.
_____/

## REPORT AND NOTICE OF INTENTION TO SELL
## PROPERTY OF THE ESTATE

TO:    Creditors, Debtors and Parties in Interest:

ROBERT E. TARDIF JR., the Trustee duly appointed and acting in the above estate, reports that he intends to sell on or after 21 days from the date of mailing, the following property of the estate of the Debtors, under the terms and conditions set forth below:

1. **Type of Sale:** Private sale to Joseph J. Popp or assignee

2. **Description of Property:** All right, title and interest, if any, of the bankruptcy estate in and/or to 2955 White Blvd., Naples, FL 34117 (The East 150' of Tract 47, Golden Gate Estates, Unit 15, as recorded in Plat Book 7, Pages 75 & 76, Public Records of Collier County, Florida)

3. **Terms and Conditions of Sale:** $5,000.00.

---

**NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**

**Pursuant to Local Rule 2002-4, the Court will consider this motion, objection or other matter without further notice or hearing unless a party in interest files an objection within 21 days from the date this paper is entered on the docket. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at Sam M. Gibbons United States Courthouse, 801 N. Florida Ave., Suite 555, Tampa, Florida 33602, and serve a copy on the Trustee, Robert E. Tardif Jr., P.O. Box 2140, Ft. Myers, Florida 33902 and on the Assistant United States Trustee, 501 E. Polk Street, Suite 1200, Tampa, FL 33602.**

**If you file and serve an objection within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.**

---

4. **Liens & Encumbrances:** The Trustee has noted all liens of which he has knowledge below, but the Trustee has not performed a judgment or lien search. The property is being sold **SUBJECT TO** any and all liens and encumbrances of record, those indicated on the Debtor's schedules and any unknown liens and encumbrances, including any IRS of other governmental liens and encumbrances for payment of delinquent or current taxes. The Purchaser is responsible for checking the marketability of the title to the property prior to the date of sale. The Purchaser is responsible for payment of all costs involved in the transfer of title to the property including, but not limited to recording costs, documentary stamps and/or sales tax. NO WARRANTIES are either express or implied. The property is being sold AS IS.

| Lienholder | Amount of lien |
|---|---|
| Roundpoint Mtg<br>5032 Parkway Plaza Blvd<br>Charlotte, NC 28217 | $736,000.00 |
| Wells Fargo Bank<br>P.O. Box 7600<br>Philadelphia, PA 19106 | $ 73,910.00 |

> **NOTICE:** For items subject to Florida Sales Tax, if an exemption or waiver is sought, a Resale or Consumer Exemption Certificate will be required upon the sale. The certificate must bear the name and address of the Purchaser, the effective date and the number of the dealer's certificate of registration, and the dealer's signature. If a resale certificate is not presented when required, sales tax will be collected. The tax shall be added to the sales price and the amount of the tax shall be separately stated as Florida tax on any charge tickets, sales slips, invoices or other tangible evidence of sale, and shall be a debt from the purchaser or consumer to the Trustee. If a titled vehicle is involved, buyer is responsible for paying sales tax to the Tag Agency or Tax Collector. This provision does not apply to real estate.

5. **Higher Bids**: In the case of private sales only, the Trustee will entertain any higher bids for the purchase of the property described in this Report and Notice of Intention to Sell. Such bids must be at least $100.00 higher than the sales price reflected above. Any higher bid must be received by the Trustee at the address listed below no later than close of business 21 days from the date of service of this document.

Dated this September 24, 2013.

/s/ Robert E. Tardif Jr.
Robert E. Tardif Jr., Trustee
Post Office Box 2140
Fort Myers, Florida 33902
Telephone: 239/362-2755
Facsimile: 239/362-2756

Copies mailed to:

Assistant United States Trustee (electronically)
Angel & Milaidys Madera, 15275 Collier Blvd., #201/310, Naples, FL 34119
Ricardo Corona (electronically)
All Creditors and Parties of Interest

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-9<br>Case 9:13-bk-10986-FMD<br>Middle District of Florida<br>Ft. Myers<br>Tue Sep 24 15:33:37 EDT 2013 | Angel Madera Jr<br>15275 Collier Blvd.<br>Suite 201/310<br>Naples, FL 34119-6750 | Milaidys Madera<br>15275 Collier Blvd.<br>Suite 201/310<br>Naples, FL 34119-6750 |
| ADT Security Services<br>Attn Bankruptcy<br>PO Box 371490<br>Pittsburgh, PA 15250-7490 | American Express<br>American Express Special Research<br>Po Box 981540<br>El Paso, TX 79998-1540 | American Express<br>Attn Bankruptcy<br>PO Box 981535<br>El Paso, TX 79998-1535 |
| Amerigas<br>PO Box 660288<br>Dallas, TX 75266-0288 | Amerigas Propane Lp<br>PO Box 660288<br>Dallas, TX 75266-0288 | Asset Acceptance Llc<br>Attention: Bankruptcy<br>Po Box 2036<br>Warren, MI 48090-2036 |
| Aurora Loan Services<br>Attn: Bankruptcy Dept.<br>2617 College Park<br>Scottsbluff, NE 69361-2294 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Bank of America<br>Att Bankruptcy NC4-105-02-99<br>P.O.Box 26012<br>Greensboro, NC 27420-6012 |
| Bank of America<br>Attn Bankruptcy<br>PO Box 15026<br>Wilmington, DE 19850-5026 | Cach Llc<br>4340 S Monaco St Unit 2<br>Denver, CO 80237-3408 | Ccmk/cbna<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 |
| Citi<br>Att: Bankruptcy Department<br>P.O.Box 183041<br>Columbus, OH 43218-3041 | (p)CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 | Collier Pathology Services<br>5755 Hoover Blvd.<br>Tampa, FL 33634-5340 |
| Comcast<br>1418 SE 10th Street<br>Cape Coral, FL 33990-3604 | Credit Protection Assn, LP<br>13355 Noel Rd<br>Dallas, TX 75240-6837 | FMA Alliance, LTD<br>12339 Cutten Road<br>Houston, TX 77066-1807 |
| Florida Community Bank<br>5240 Golden Gate Parkway<br>Naples, FL 34116-7670 | GE Money Bank/Lowes<br>P.O. Box 530914<br>Atlanta, GA 30353-0914 | GMAC Mortgage<br>Attention: Bankruptcy Dept<br>6716 Grade Lane Building 9,<br>Suite 910<br>Louisville, KY 40213-3410 |
| Hayt, Hayt, & Landau, PL<br>Galloway Professional Park<br>7765 SW 87 Ave<br>Suite 101<br>Miami, FL 33173-2535 | Heritage Pacific Finan<br>2200 Avenue K Ste 100<br>Plano, TX 75074 | Justin J. Kelley, Esq<br>Florida Default Law Group<br>PO Box 25018<br>Tampa, FL 33622-5018 |
| Larry E Schner, P.A.<br>C/o Larry E Schner, Esq.<br>750 S. Dixie Hwy.<br>Boca Raton, FL 33432-6108 | Law Office of David W. Edwar<br>PO Box 458<br>Paris, TN 38242-0458 | Law Offices of Marshall C.<br>1800 NW 49th Street<br>Suite 120<br>Fort Lauderdale, FL 33309-3092 |

Midland Funding
8875 Aero Dr Ste 200
San Diego, CA 92123-2255

Multibank 2010-SFR
c/o Spear and Hoffman, P.A
9700 S. Dixie Highway
Suite 610
Miami, FL 33156-2825

Naples Emergency Phys LLC
Po Box 848817
Hollywood, FL 33084-0817


North Collier Hosp/ Ncol
11190 Healthpark Boulevard
Naples, FL 34110-5736

Physicians Regional Pine
Po Box 413007
Naples, FL 34101-3007

Riverside Bank Gulfcoa
521 Del Prado Blvd S
Cape Coral, FL 33990-2618


Roundpoint Mtg
5032 Parkway Plaza Blvd
Charlotte, NC 28217-1918

Sears/cbna
Po Box 6282
Sioux Falls, SD 57117-6282

The Law Offices Of Mit
2222 Texoma Pkwy Ste 160
Sherman, TX 75090-2482


Tnb-Visa (TV) / Target
C/O Financial & Retail Services
Mailstop BV   P.O.Box 9475
Minneapolis, MN 55440-9475

Unifund
Attention: Bankruptcy
10625 Techwoods Circle
Cincinnati, OH 45242-2846

Wells Fargo Bank
Legal Order Processing
P.O. Box 7600
Philadelphia, PA 19101-7600


Robert E Tardif Jr.+
Trustee
Post Office Box 2140
Fort Myers, FL 33902-2140

United States Trustee - FTM7 +
Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 33602-3949

Ricardo Corona +
Corona Law Firm P.A.
3899 NW 7th Street, 2nd Floor
Miami, FL 33126-5551


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Bank Of America
4161 Piedmont Pkwy
Greensboro, NC 27410

Citibank Usa
Po Box 20363
Kansas City, MO 64195


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Aurora Loan Services
Attn Cashiering Department
10350 Park Meadows Drive

(u)Real Time Resolutions

End of Label Matrix
Mailable recipients    44
Bypassed recipients     2
Total                  46