IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA, FORT MYERS DIVISION

In Re:

ANGEL MADERA JR AND MILAIDYS MADERA            Case No. 9:13-bk-10986-FMD

_____DEBTORs._____      /

## TRUSTEE'S OBJECTION TO DEBTORS' CLAIM OF EXEMPTION

**(This Objection is NOT solely regarding valuation)**

The Trustee objects to the Debtors' claim of exemption and states as follows:

1. The Trustee objects to the Debtors' claim of exemption concerning the following property: 2005 GMC Envoy

2. As the basis for the objection, the Trustee states that the Debtor's improperly claim $2,000.00 exemption in the vehicle when it is only titled to the husband. The Debtors are only permitted $1,000.00 exemption pursuant to Florida Statutes § 222.25(1).

3. Exemptions should be limited, by law, to the amounts permitted within the appropriate exemption scheme that is applicable to the Debtors'.

WHEREFORE the Trustee requests that a hearing be scheduled on this objection and that the Clerk give notice of such hearing to all parties of interest.

### NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

Pursuant to Local Rule 2002-4, the Court will consider this motion, objection or other matter without further notice or hearing unless a party in interest files an objection within 21 days from the date this paper is entered on the docket. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Suite 555, Tampa, Florida 33602, and serve a copy on the Trustee, Robert E. Tardif Jr., Post Office Box 2140, Fort Myers, Florida 33902 and on the Assistant United States Trustee, 501 E. Polk Street, Suite 1200, Tampa, Florida 33602.

If you file and serve an objection within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

*Certificate of Service*

     I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished electronically to the Assistant United States Trustee and by regular U.S. Mail to Angel Madera Jr, 15275 Collier Blvd.Suite 201/310, Naples FL 34119, Milaidys Madera, 15275 Collier Blvd. Suite 201/310, Naples, FL 34119 and Ricardo Corona, 7330 Northwest 12 Street, Miami, Fl 33126 on October 14, 2013

                                                  /s/ Robert E. Tardif Jr.
                                                  Robert E. Tardif Jr., Trustee
                                                   P.O. Box 2140
                                                   Fort Myers, Florida 33902
                                                   Telephone: 239/362-2755
                                                   Facsimile: 239/362-2756
                                                   Email: rtardif@comcast.net